** PARI MUTUAL ELECTION — COUNTY OPTION ** (1) THE REPEAL OF 3A O.S. 210 [3A-210] (1982) DOES NOT RENDER THE PROVISION OF 3A O.S. 209 [3A-209] (1983) INOPERATIVE; AND; (2) 3A O.S. 209 [3A-209] (1983) PROVIDES SUFFICIENT STATUTORY AUTHORIZATION TO HOLD COUNTY OPTION PARI MUTUAL ELECTIONS. (HORSE RACING, ELECTION) CITE: 3A O.S. 3A [3A-3A] O.S. 210, 19 O.S. 734 [19-734] (RICHARD MILDREN)